[Crim. No. 1867.   In Bank.—August 17, 1914.]

## THE PEOPLE etc., on Behalf of CARRIE McKEON, an Alleged Dependent Person.

HABEAS CORPUS—DELINQUENT MINOR—VACATING ORDER OF COMMITMENT—DISCHARGE OF WRIT.—A writ of *habeas corpus* issued by the supreme court to test the validity of an order of the superior court committing an alleged delinquent minor to the custody of a probation officer will be discharged, when it appears upon the hearing that the order of commitment had previously been vacated by the superior court.

APPLICATION for a Writ of Habeas Corpus directed to the Superior Court of the City and County of San Francisco. Frank J. Murasky, Judge.

The facts are stated in the opinion of the court.

Philaletha Michelsen, and William M. Sims, for Petitioner.

J. R. Pringle, for Respondent.

THE COURT.—It appearing to the satisfaction of the court that the order of the superior court of the city and county of San Francisco and of Frank J. Murasky, judge

thereof, committing Carrie McKeon, an alleged delinquent minor, to the custody and care of the probation officer of the city and county of San Francisco, has been vacated and set aside by order of the same court, and the legality of the custody of the alleged delinquent minor thus ceasing to be an issue under the writ of *habeas corpus* heretofore issued for the determination of that question, it is ordered that the writ of *habeas corpus* heretofore issued in the above entitled matter be discharged.